NOT ORIGINAL DOCUMENT
09/12/2019 10:54:00 AM
83370

## COMMONWEALTH OF KENTUCKY
## JEFFERSON COUNTY CIRCUIT COURT
### CIVIL ACTION NO.: _____

**MARGARET HARRIS**
**4837 BRENDA DRIVE**
**LOUISVILLE, KENTUCKY 40219**                              **PLAINTIFFS**

**and**

**WILLIAM FAITH**
**364 OAK GROVE BLVD**
**SHEPHERDSVILLE, KENTUCKY 40165**

**v.**

**POSTAL FLEET SERVICES, INC.,**                            **DEFENDANTS**
**A SUBSIDARY OF VILANO**
**MANAGEMENT SERVICES, INC.,**
**A TENNESSEE CORPORATION**
          **Principal Address:**
          **1622 Lebanon Road**
          **St. Augustine, FL 32084**

          **REGISTERED FLORIDA AGENT:**
          **LESLIE P. DORRIS**
          **2808 5th Street, N, Suite 501**
          **St. Augustine, FL 32084**

**ALSO SERVE:**
          **REGISTERED TENNESSEE**
          **AGENT:**
          **GERGORY CRAIG**
          **2808 N. 5th Street, Suite 504**
          **St. Augustine, FL 32085**

**and**

**PEOPLEEASE, LLC., A**
**SOUTH CAROLINA CORPORATION**
          **Principal Address:**
          **210 Wingo Way, Suite 400**
          **Mt. Pleasant, SC 29464**

1

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

COM : 000001 of 000017

REGISTERED KENTUCKY
AGENT:
CORPORATE CREATIONS NETWORK INC.
101 North Seventh Street
Louisville, KY 40202

JERRY WILLIAMS, individually
and as Representative of
Postal Fleet Services
c/o 2808 N. 5th Street, Suite 504
   St. Augustine, FL  32085

## VERIFIED COMPLAINT

Comes now the Plaintiffs, Margaret Harris and William Faith ("Mr. Faith and/or Ms.

Harris," or "Plaintiffs"), by counsel, and for their Complaint against Defendant, Postal Fleet

Services ("PFS" or "Defendant PFS"), Peopleease, LLC ("People" or "Defendant People"),  and

Jerry Williams, individually, states as follows:

### JURISDICTION AND VENUE AS TO MARGARET HARRIS

1.      Plaintiff, Margaret Harris, resides at 4837 Brenda Drive Louisville, Kentucky

40219, and Plaintiff, William Faith, resides at 364 Oak Grove Blvd., Shepherdsville, Kentucky

40165.

2.      The Plaintiffs were employed by Defendant PFS.  They worked together in this

for approximately two years.

3.      The Plaintiffs believe they may also be employed by Defendant People, as

indicated on their W-2 forms (Exhibit 1).

4.      PFS's principle address is 1622 Lebanon Road, St. Augustine, FL 32084;

People's principal address is 210 Wingo Way, Suite 400, Mt. Pleasant, SC 29464.

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

COM : 000002 of 000017

5.      Mr. Jerry Williams ("Williams") held a supervisory position and acted as a

representative of Defendant PFS and Defendant People and is served as a representative at

Defendant PFS's principle address of 1622 Lebanon Road, St. Augustine, FL 32084.

6.      Plaintiffs' causes of action are brought pursuant to the Kentucky Civil Rights Act,

KRS § 344 *et seq.*; in addition, their damages exceed the threshold requirement of five-thousand

dollars ($5,000.00) and, therefore, this Court has proper jurisdiction over the matter.

## FACTUAL ALLEGATIONS

7.      PFS is owned and operated by Mr. Don Dorris ("Mr. Dorris") who, it is believed,

also operates OEM, Velano Services, The Stageline and possibly is part owner of Defendant

People.  It is the Plaintiffs' belief that PFS have contracts with the United States Postal Service to

deliver the United States Mail.

8.      PFS employed Mr. Faith in March 2017 as a driver but was soon promoted to

CDs Operations Manager.  Ms. Harris was hired as a driver in April 2015.  Ms. Harris was

promoted to assistant manager in March 2017.

9.      Mr. Faith and Ms. Harris travelled together obtaining new contracts, training

employees, hiring new employees and other managerial and administrative duties required of

them.  Because of their shared travelling commitments, duties and work ethics, they soon

became friends as well.  Their work took them out of the Commonwealth of Kentucky and

required them to travel throughout the Eastern United States.

10.     Mr. Faith long-suffered from diabetes and was assigned to an area in New

Hampshire from March 2017 up to and including at least until July 2018.  While there, Mr. Faith

was unable to leave his position in New Hampshire to obtain medical treatment and medications

he required to sustain from the effects of diabetes.  The Defendants would not or could not

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

COM : 000003 of 000017

NOT ORIGINAL DOCUMENT
09/12/2019 10:54:00 AM
83370

accommodate him, as Mr. Faith's insurance and physicians were based in Kentucky.  Since

diabetes has the possibility of leading into debilitating, life-threatening situations, Mr. Faith

feared for his wellbeing and his life daily.  This caused him a great deal of stress which

exacerbated other medical conditions that had once been under control and/or dormant.  Now,

Mr. Faith is forced to be more diligent and has suffered financial repercussions due to the

Defendants' inability or callous disregard to accommodate Mr. Faith with his condition.

11.     In or around July 2018, a supervisory position became available, manager of CDS

Operations.  Mr. Faith applied for the position and was interviewed for that position.

12.     As Mr. Faith was leaving the corporate office after that interview, Mr. Jerry

Williams ("Mr. Williams") called Mr. Faith (via telephone) to introduce himself as the new

manager of CDS Operations; the very same position Mr. Faith had just interviewed.  Mr. Faith

informed Mr. Williams he had just left the interview for that position of which Mr. Williams had

just filled.

13.     It is at this time that Mr. Faith believes that Mr. Williams took this statement to be

a personal attack against him as since that phone conversation Mr. Williams began treating Mr.

Faith and Ms. Harris, by association, with increased hostility.

14.     Mr. Williams began to repeatedly threaten Mr. Faith's and Ms. Harris'

employment.  He told other employees he will do "whatever [he] can to eliminate" Mr. Faith and

Ms. Harris and that Mr. Faith and Ms. Harris have "no value".

15.     Furthermore, Mr. Williams accused Ms. Harris of stealing from PFS in the

presence of others, in his attempt to damage Ms. Harris' reputation.  This allegation was

specifically shared with Ms. Harris through Jadira Mendez.  Ms. Harris was not in attendance of

the meeting or congregate when the alleged accusation took place.  Ms. Harris was only made

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

COM : 000004 of 000017

4

NOT ORIGINAL DOCUMENT
09/12/2019 10:54:00 AM
83370

aware that others were in attendance, including, to her understanding, supervisors and/or management personnel, as well as subordinates.

16.    Mr. Williams continued with his attempts to pressure Mr. Faith and Ms. Harris to terminate their employment.  Also in November, Ms. Harris and another employee, Jadira Mendez, had to travel to New Hampshire and on the same day another employee resigned their employment.  Mr. Faith was forced to reroute Ms. Harris to cover that employee's route, which was common practice.  It was Mr. Faith's duty to intervene in this manner to protect the integrity of the Defendants, i.e., so that the Defendants were not accused of withholding mail delivery and further safeguarding Defendants' contracts.

17.    While this incident was happening, Mr. Williams was on an airplane and was unable to be reached by Mr. Faith by phone, so Mr. Faith informed Mr. Williams and Terrill Giere ("Mr. Giere") of the change via email and text.

18.    Mr. Williams did not contact Mr. Faith until Sunday, November 4th, to discuss the events that had taken place on November 2nd and 3rd.  Due to the previous hostility and threats toward Mr. Williams and his employment status previously, Mr. Faith recorded the telephone conversation.  During that telephone conversation, Mr. Williams stated the following:

> "I already have permission to let people go, so I'm not going to be tolerating this kind of attitude … The only problem I got right now is trying to be a patient person … The way you rub off on people is very annoying … Get up out of here if you don't like it… You are a not a value to this company, and you definitely have not been a value to this company chewing people out, telling people how bad the company is… You don't even know who I am … I need to find a way to get y'all out of this company...you won't quit…you're talking about a recorded line and all this stuff, ya know, you're putting yourself in real danger … I am the deciding factor in this story."

Presiding Judge: HON. ANGELA MCCORMICK BISIG (630326)

COM : 000005 of 000017

19.     On or about November 6, 2018, Mr. Faith and Ms. Harris filed formal complaints with the Defendants' HR Manager, President and Director of Operations regarding the threats made by Mr. Williams.  Mr. Faith also sent a copy of the recording.  It was the Plaintiffs' understanding that the complaints and recording were confidential.  However, the Defendants provided Mr. Williams a copy of the complaint, thus, revealing the Plaintiffs' confidential identity and subjecting them to retaliation from Mr. Williams.  (Exhibit 2).

20.     Ms. Harris received a response to her complaint stating her complaint would be "looked into"; however, Mr. Faith did not receive a response to his complaint until two or three weeks later.

21.     The Defendants' policy is to administer three written warnings before issuing a final notice to an employee; however, Human Resource Manager, Brandon Meredith, issued a final notice to Mr. Faith because Mr. Faith recorded his conversation with Mr. Williams, stating it was in violation of company policy.  However, the Defendants' handbook, issued upon the hiring of the Plaintiffs, does not reference audio recordings being barred.  In his "final warning" received on or about November 26, 2018, it states "You attended a Manager's Workshop on 9/11/2018…PFS does not permit tape recording of someone…".  However, the hostility, threats of elimination and overall tone Mr. Williams spoke to Mr. Faith made Mr. Faith feel recording his conversation with Mr. Williams was warranted.

22.     In a "final warning," the "description of infraction(s) states, "since your supervisor is located in the state of Florida, you …violated his rights…also violated Florida law…".  However, it is not against any law to record a conversation in Kentucky, where Mr. Faith lives and is employed, as long as one person has consent, i.e., Mr. Faith.  Further, Mr.

NOT ORIGINAL DOCUMENT
09/12/2019 10:54:00 AM
83370

Williams initiated the call, bringing the issue to Kentucky, therefore, Mr. Faith violated no law.
(Exhibit 3).

23.     After this incident, both Mr. Faith and Ms. Harris were demoted to "local leads."
They were not notified by any written or oral communication, but were notified of their
demotions by accessing the Defendants' manager portal, wherein the portal listed both Plaintiffs
as "local leads".  Ms. Harris, not being part of the recording, was also demoted due to her
association with Mr. Faith.

24.     At that time, Mr. Williams replaced Mr. Faith and Ms. Harris as managers with
Mr. Giere and Mr. Carl Mick ("Mr. Mick").

25.     Mr. Faith was surprised by this turn of events as, prior to Mr. Giere's sudden
promotion, Mr. Giere had sent nude photographs to another employee, Ms. Mendez.  In fact, Ms.
Mendez requested that Mr. Faith relocate her in order to distance herself from Mr. Giere.
Further, not only was Mr. Williams well aware of the nude photographs but the Defendants were
as well, but they continued to promote Mr. Giere.  Mr. Williams requested from Mr. Dorris to
terminate Ms. Mendez's employment, not Mr. Giere.  Further setting forth the pattern in which
the treatment of Mr. Faith and Ms. Harris, and employees associated with them, were treated
unfairly.

26.     Further, after Mr. Giere replaced Mr. Faith as manager, Mr. Giere committed a
Federal offense by withholding packages.  Mr. Giere had placed packages in the trunk of his car
without scanning them.  Mr. Faith received notice of the withheld packages from the United
States Post Master.  Mr. Faith then informed the Defendants of the situation, to which Mr. Rick
Newman ("Mr. Newman") told Mr. Faith to cease his communications with the aforementioned
United States Post Master.

7

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

COM : 000007 of 000017

NOT ORIGINAL DOCUMENT
09/12/2019 10:54:00 AM
83370

27.     Mr. Faith continued to perform his job duties, as well as Mr. Giere's duties because of Mr. Giere's unsatisfactory performance.

28.     On or about February 7, 2019, while Ms. Harris was at her home in Kentucky, Mr. Mick contacted her stating she needed to travel to Etna, New Hampshire right away because "Gabe" had "turned in his keys".  Ms. Harris provided Mr. Mick contact information for an individual who much closer but Mr. Mick had already sent Ms. Harris a ticket for a flight to Etna before any response could be given from the other party.

29.     On Saturday, February 16, 2019, at approximately 2:00 p.m., Ms. Harris, still in New Hampshire, received word from her family that her sister was near death.  She contacted Mr. Mick stating she needed to go home right away.  Mr. Mick informed her there was nobody to take her place until the following Tuesday.  Ms. Harris, frantic to be with her family, requested Mr. Mick to contact John Harvey.  However, Mr. Mick instead tried to reach "Rick", responding a couple of times to Ms. Harris that he was waiting for "Rick" to respond to his request.  Finally, Mr. Mick gave Ms. Harris permission to leave around 6:15 p.m.

30.     Approximately 30 minutes later, Mr. Mick sent Ms. Harris both a text and a voicemail message informing her she would need to provide "proof" of her sister's passing.  Ms. Harris was appalled and disgusted that the Defendants should show their distrust of her in such a manner.  Ms. Harris was aware that the policy manual requires "proof" of the passing of a relative but to be reminded during the initial grieving process appeared to be callous on the part of Mr. Mick (or "Rick").  (Exhibit 4)

31.     On Sunday, February 17, 2019, Ms. Harris received an email stating she was required to return to New Hampshire on Monday, February 18th; thus, not providing Ms. Harris time to grieve the loss of her sister.  Furthermore, she had a prescheduled doctor's appointment

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

COM : 000008 of 000017

8

for February 18th and it was, therefore, "suggested" she reschedule that doctor's appointment as well.

32.     During the actual funeral/wake, Ms. Harris was further disgusted and humiliated when she received the following text message from Mr. Giere, "As I have not heard back from you I am lead [sic] to believe you are giving me your resignation. Effectively immediately is this correct?"  This was in response to the message wherein Mr. Giere is ordering Ms. Harris back to New Hampshire less than or about 24 hours after finding out her sister had passed away. (Exhibit 5).

33.     To further establish the pattern of hostility toward Ms. Harris and Mr. Faith, on April 1st, Mr. Faith and Ms. Harris were instructed to apply for the "Regional Support Trainer" positions "ASAP".  They were further informed that the hiring in those positions would be happening as soon as possible.  Interestingly, this position entailed the same duties as their current managerial positions; however, the caveat being a lesser title and less pay.  Ms. Harris and Mr. Faith did as they were instructed.

34.     Since the submission of that application, neither party have heard any information regarding those applications, further giving rise to concerns regarding their employment status.

35.     In July 2019, Mr. Faith and Ms. Harris received emails that they "have expanded faster than …anticipated."  (See Exhibit 6).  The job descriptions changed, although the duties remained the same; however, Mr. Faith and Ms. Harris were encouraged to reapply for the positions they had already held for several years.

36.     Mr. Faith and Ms. Harris were excluded from being hired for any manager positions for which they reapplied.  Finally, on or about August 7, 2019, Mr. Faith and Ms.

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

COM : 000009 of 000017

Harris received an email stating their positions had been eliminated due to "reorganization" and, as of August 11, 2019, their positions would no longer exist.  (Exhibit 7).

37.     Mr. Faith and Ms. Harris had submitted complaints regarding the visible patterns of unequal and disproportionate treatment toward the Plaintiffs, as well as inappropriate behavior, harassment, hostility, and lewd and appalling behavior by supervisors representing the Defendants with regards to the nude photographs.  To the Plaintiffs' knowledge, no investigation has ever been conducted by the Defendants regarding the nude photographs or the subject of Plaintiffs' complaints.

### COUNT I. RETALIATION (MR. FAITH AND MS. HARRIS)

38.     Plaintiffs hereby incorporates each and every allegation contained in paragraphs 1 through 37 above, as if fully set forth with particularity herein;

39.     KRS §344.280 makes it unlawful for a person to "retaliate or discriminate in any manner against a person because he has opposed a practice declared unlawful by this chapter, or because he has made a charge, filed a complaint, testified, assisted, or participated in any manner in any investigation, proceeding, or hearing under this chapter."

40.     As a result of Defendants' actions, the Plaintiffs' confidentiality was breached and Mr. Faith and Ms. Harris were demoted.

### COUNT II. HOSTILE WORK ENVIRONMENT (MR. FAITH AND MS. HARRIS)

41.     Plaintiffs hereby incorporates each and every allegation contained in paragraphs 1 through 40 above, as if fully set forth with particularity herein;

42.     The Defendants' handbook has its own policy regarding hostile work environment in the workplace.  It states, "Harassment, intimidation, threats, discrimination, the creation of a

10

NOT ORIGINAL DOCUMENT
09/12/2019 10:54:00 AM
83370

hostile or unpleasant work environment, or any violations of Postal Fleet Services' policies

governing these areas" will not be tolerated and is prohibited.

43.     The Defendants maintain a hostile work environment by taking no action to

promote a healthy work environment.

### COUNT III. CONSTRUCTIVE DISCHARGE (MR. FAITH AND MS. HARRIS)

44.     Plaintiffs hereby incorporates each and every allegation contained in paragraphs 1

through 43 above, as if fully set forth with particularity herein;

45.     It has been established that to constitute a constructive discharge, the employer

must deliberately create intolerable working conditions, as perceived by a reasonable person,

with the intention of forcing the employee to quit and the employee must actually quit. *Moore v.*

*Kuka Welding Sys.*, 171 F.3d 1073, 1080 (6th Cir. 1999).;

46.     Any reasonable person would find the conditions intolerable and would have

terminated their employment.

### COUNT IV. RETALIATION AS TO DEFENDANT, JERRY WILLIAMS
### (MR. FAITH AND MS. HARRIS)

47.     Plaintiffs hereby incorporates each and every allegation contained in paragraphs 1

through 46 above, as if fully set forth with particularity herein;

48.     KRS §344.280 makes it unlawful for a person to "retaliate or discriminate in any

manner against a person because he has opposed a practice declared unlawful by this chapter, or

because he has made a charge, filed a complaint, testified, assisted, or participated in any manner

in any investigation, proceeding, or hearing under this chapter."

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

COM : 000011 of 000017

11

49.     As a result of Defendant's actions, the Plaintiffs' confidentiality was breached and Mr. Faith and Ms. Harris were demoted, as Defendant Williams shared with other employees the content of their complaints.

## COUNT V. HOSTILE WORK ENVIRONMENT AS TO DEFENDANT, JERRY WILLIAMS (MR. FAITH AND MS. HARRIS)

50.     Plaintiffs hereby incorporates each and every allegation contained in paragraphs 1 through 49 above, as if fully set forth with particularity herein.

51.     The Defendants' handbook has its own policy regarding hostile work environment in the workplace.  It states, "Harassment, intimidation, threats, discrimination, the creation of a hostile or unpleasant work environment, or any violations of Postal Fleet Services' policies governing these areas" will not be tolerated and is prohibited.

52.     The Defendant created a hostile work environment by subjecting Mr. Faith and Ms. Harris to an unhealthy work environment.

## COUNT VI. CONSTRUCTIVE DISCHARGE AS TO DEFENDANT, JERRY WILLIAMS (MR. FAITH AND MS. HARRIS)

53.     Plaintiffs hereby incorporates each and every allegation contained in paragraphs 1 through 52 above, as if fully set forth with particularity herein;

54.     It has been established that to constitute a constructive discharge, the employer must deliberately create intolerable working conditions, as perceived by a reasonable person, with the intention of forcing the employee to quit and the employee must actually quit. *Moore v. Kuka Welding Sys.*, 171 F.3d 1073, 1080 (6th Cir. 1999).;

NOT ORIGINAL DOCUMENT
09/12/2019 10:54:00 AM
83370

55.     Any reasonable person would find the conditions intolerable and would have terminated their employment.  However, as of the date of their termination, August 11, 2019, the Plaintiffs have no knowledge of Mr. Williams' employment status with the Defendants.

### COUNT VII. PROMISSORY ESTOPPEL (MR. FAITH AND MS. HARRIS)

56.     Plaintiffs hereby incorporates each and every allegation contained in paragraphs 1 through 55 above, as if fully set forth with particularity herein;

57.     Plaintiffs, to their detriment, relied on the Defendants' Employment Handbook.

58.     Mr. Faith and Ms. Harris relied on the Defendants' Employment Handbook, its policies and procedures, which they believed were enforced by the Defendants but, in turn, demoted Mr. Faith and Ms. Harris.

### COUNT VIII. DEFAMATION AS TO DEFENDANT, JERRY WILLIAMS AND MS. HARRIS

59.     The Plaintiffs hereby incorporates herein each and every allegation of paragraphs 1 thorough 58 above, as if fully set forth with particularity herein;

60.     False and defamatory statements concerning Ms. Harris were made to other persons employed by the Defendants, namely, her subordinates and supervisors, wherein Ms. Harris was accused of "robbing" the Defendants.

61.     There is fault amounting to at least negligence on the part of the Defendants for permitting Mr. Williams to make false allegations, as well as negligence on the part of Mr. Williams for his statement to others.

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

COM : 000013 of 000017

NOT ORIGINAL DOCUMENT
09/12/2019 10:54:00 AM
83370

## PRAYER FOR RELIEF

The Plaintiffs hereby incorporate all preceding paragraphs as if willfully set forth with particularity herein.

**WHEREFORE**, the Plaintiffs, Mr. Faith and Ms. Harris, prays that this Court:

1.      Declare the Defendants' conduct is in violation of Mr. Faith's and Ms. Harris' rights by permitting Mr. Williams to conduct business in his supervisory role in the manner(s) set forth hereinabove.

2.      Award Mr. Faith and Ms. Harris compensatory damages in such amounts as shall be proven at trial for their economic, personal, and other losses.

3.      Award Mr. Faith and Ms. Harris damages in an amount to be proven at trial for the humiliation, embarrassment, and apprehension about their future.

4.      Award Mr. Faith and Ms. Harris damages for emotional stress and mental anguish, which the Defendants caused, by its illegal, fraudulent, discriminatory, and wrongful acts toward Mr. Faith and Ms. Harris as set forth above.

5.      Award Mr. Faith and Ms. Harris punitive damages against Defendants for the serious intentional wrongs it committed against them as set forth hereinabove.

6.      Award Mr. Faith and Ms. Harris their costs, interest, and attorneys' fees pursuant to KRS § 344; and grant each of them such further relief as this Court may deem just and proper.

7.      If this matter cannot be settled in a timely fashion, then the torts cited in KRS § 344.280 for retaliation shall be brought against the Defendants.

8.      Because the Defendants, by and through Mr. Williams and other employees of the Defendants, demoted Mr. Faith and Ms. Harris, those persons are also subject to being named as a Defendant individually in violation of KRS § 344.280.

14

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

COM : 000014 of 000017

NOT ORIGINAL DOCUMENT
09/12/2019 10:54:00 AM
83370

# JURY DEMAND

Plaintiffs, Mr. Faith and Ms. Harris, demand a jury to try all issues triable by jury.


Respectfully submitted,


Samuel G. Hayward
ADAMS HAYWARD & WELSH
4036 Preston Highway
Louisville, Kentucky 40213
(502) 366-6456

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

COM : 000015 of 000017

15

## VERIFICATION

I have read the foregoing statements and they are true and accurate to the best of my

knowledge and belief.

_WM. Faeh_
WILLIAM FAITH

_VOID_
MARGARET HARRIS

COMMONWEALTH OF KENTUCKY     )
                             )
COUNTY OF JEFFERSON          )

Subscribed and sworn to before me by _William Faith_ this _14_ day of _August_ 2019.

_Thomas W. Stayton_
Notary Public
State at Large, Kentucky
My Commission Expires: _02·19·2023_

Presiding Judge : HON. ANGELA MCCORMICK. BISIG (630326)

COM : 000016 of 000017

16

NOT ORIGINAL DOCUMENT
09/12/2019 10:54:00 AM
83370

## **VERIFICATION**

I have read the foregoing statements and they are true and accurate to the best of my

knowledge and belief.

_VOID_
_____
WILLIAM FAITH

_____
MARGARET HARRIS

COMMONWEALTH OF KENTUCKY          )
                                 )
COUNTY OF JEFFERSON               )

Subscribed and sworn to before me by _Margaret A. Harris_ this _15_ day of _Aug._ 2019.

_____
Notary Public
State at Large, Kentucky
My Commission Expires: _____

Debra M. Hilton
Notary Public, ID No. 588417
State at Large, Kentucky
My Commission Expires 10/10/2021

16

# EXHIBIT 1

Package : 000020 of 000048

Presiding Judge: HON. ANGELA MCCORMICK BISIG (h00326)

Package : 000020 of 000048

lock.com

# Form W-2 Wage and Tax Statement 2018

c Employer's name, address and ZIP code

PEOPLEASE, LLC
210 WINGO WAY
SUITE 400
MT. PLEASANT SC 29464

1453-7434-64

e Employee's name, address and ZIP code

WILLIAM K FAITH
364 OAK GROVE RD
SHEPHERDSVILLE

7 Social security tips

15 State   Employer's state ID no.
KY         172628

Form W-2

Copy 2 to be filed

# EXHIBIT 2

Package : 000023 of 000048

Presiding Judge HON. ANGELA MCCORMICK BISIG (630/326)

Package 000023 of 000048

---------- Forwarded message ----------
From: **William Faith** <william.faith@postalfleetsvs.com>
Date: Mon, Nov 5, 2018 at 12:57 PM
Subject: Complaint
To: Brandon m <brandon@postalfleetsvs.com>

Brandon,
I am unfortunately asking that this issue be brought to attention.
Mr Jerry Williams has been threatening my job and "us"(margaret and jadira as well-
from conversation we had yesterday,is what I think he meant). He stated more then 2
times that this is his company and he will find a way to get me out. He also is
accusing me of trying to destroy PFS.Was said I go around telling people how bad PFS
is.And that I am of no value to PFS
He is making it very hard for me to concentrate on my job with the threats and
belittling us.
I am here because I enjoy what I do and who I work for and with. Now I have to
wonder if that will continue from Jerry's conversation from yesterday and other
occasions.
Please advise me if I need to start looking for another job as I have a family to
support.
Thank you for your time and I am sorry to have to bother PFS with this issue.

*Thank you,*


**WILL FAITH**
**CDS National Field OPS MGR**
**william.faith@postalfleetsvs.com**
**812-670-7910 >** CELL
POSTAL FLEET SVS
STAGELINE
VILANO GROUP

LEGAL DISCLAIMER - The information contained in this communication (including any attachment s) may be confidential and legally privileged. Any
information, documents, and media attachments will not be published or released to third party sources to include social media without the sender's written
approval. This email may not serve as a contractual agreement unless explicit written agreement for this purpose has been made. If you are not the intended
recipient, you are hereby notified that any dissemination, distribution, or copying of this communication or any of its contents is strictly prohibited. If you
have received this communication in error, please re-send this communication to the sender indicating that it was received in error and delete the original
message and any copy of it from your computer system.

--
*Thank you,*
*Have a Blessed & Safe Day,*

**WILL FAITH**
**CDS EAST OPS MGR**
william.faith@postalfleetsvs.com
**812-670-7910 > CELL**
*THE STAGELINE CO.*
*POSTAL FLEET SVS*
*VILANO GROUP*

LEGAL DISCLAIMER - The information contained in this communication (including any attachments) may be confidential and legally privileged. Any information, documents, and media attachments will not be published or released to third party sources to include social media without the sender's written approval. This email may not serve as a contractual agreement unless explicit written agreement for this purpose has been made. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication or any of its contents is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender indicating that it was received in error and delete the original message and any copy of it from your computer system.

LEGAL DISCLAIMER - The information contained in this communication (including any attachments) may be confidential and legally privileged. Any information, documents, and media attachments will not be published or released to third party sources to include social media without the sender's written approval. This email may not serve as a contractual agreement unless explicit written agreement for this purpose has been made. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication or any of its contents is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender indicating that it was received in error and delete the original message and any copy of it from your computer system.

# EXHIBIT 3

Package  000026 of 000048

---------- Forwarded message ---------
From: **Brandon m** <brandon@postalfleetsvs.com>
Date: Wed, Dec 5, 2018 at 12:34 PM
Subject: PFS
To: William Faith <william.faith@postalfleetsvs.com>

Dear Will:

I apologize for not getting back to you sooner. I had meant to get the attached Final Warning to you last week, but held off because I wanted to be able to also provide you clarity on your role when I responded. I am going to go ahead and give you the attached, since it looks like it will take longer than expected to clarify your role. Please understand that the misconduct that you engaged in when you secretly tape recorded your supervisor would normally be considered a terminable offense, so I hope you understand the seriousness of what you did and that it never happens again.

There have been several changes in management in our CDS operations in the last year and our CDS operations are on a growth curve that requires continuing assessment of our needs. We also understand that as a result of these changes and growth our overall CDS operations and structure is in need of a more formalized infrastructure and better communications; thus, Rick Newman is currently assessing our needs and the various roles and responsibilities of our CDS field staff in meeting those needs. It is Rick's goal to have a more formalized infrastructure in place in the very near future. When Rick finalizes that infrastructure, he will inform you (and the other members of the CDS field team) of your title, chain of command and you will be provided a more formalized description of your job duties. Rick's goal is to place staff in roles that will best serve our needs and ensure that everyone understands their role and what is expected of them. Rick's preliminary assessment does envision that there may be changes in job titles, reporting, and duties of various personnel, and how this may or may not impact you will be communicated when Rick's overall assessment is complete. Since we have elected not to terminate you for your secret tape recording, our goal is to continue your employment (and others), in what capacity will be determined by Rick when he completes his assessment of CDS operations.

Brandon

--
**Brandon Meredith, BS, SHRM-CP**

VP, Human Resources

**Vilano Management Services, Inc.**
St. Augustine, FL

Affiliate Companies:
Postal Fleet Services. Inc.
Omega Mile
The Stageline Company

t: 904.724.3181
e: brandon@postalfleetsvs.com

LEGAL DISCLAIMER - The information contained in this communication (including any attachments) may be confidential and legally privileged. Any information, documents, and media attachments will not be published or released to third party sources to include social media without the sender's written approval. This email may not serve as a contractual agreement unless explicit written agreement for this purpose has been made. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication or any of its contents is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender indicating that it was received in error and delete the original message and any copy of it from your computer system.

--
**Thank you,**
**Have a Blessed & Safe Day,**

### WILL FAITH
**CDS EAST OPS MGR**
william.faith@postalfleetsvs.com
**812-670-7910 > CELL**
*THE STAGELINE CO.*
*POSTAL FLEET SVS*
*VILANO GROUP*



LEGAL DISCLAIMER - The information contained in this communication (including any attachments) may be confidential and legally privileged. Any information, documents, and media attachments will not be published or released to third party sources to include social media without the sender's written approval. This email may not serve as a contractual agreement unless explicit written agreement for this purpose has been made. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication or any of its contents is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender indicating that it was received in error and delete the original message and any copy of it from your computer system.

LEGAL DISCLAIMER - The information contained in this communication (including any attachments) may be confidential and legally privileged. Any information, documents, and media attachments will not be published or released to third party sources to include social media without the sender's written approval. This email may not serve as a contractual agreement unless explicit written agreement for this purpose has been made. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication or any of its contents is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender indicating that it was received in error and delete the original message and any copy of it from your computer system.

**faith.final.Warning.pdf**
76K

# EXHIBIT 4

Package 000029 of 000048

< **Carl's Cell(pf m...**    📞  🔍  ⋮
+13526175635

Thursday, February 7, 2019

**C** Margaret. We are having a problem i Etna N.H.

7:51 PM

**C** We are going to need you to fly to Etna tomorrow to be there on Saturday to do the route until we can get someone hired there

7:53 PM

**C** We dont have anyone else to send there

7:55 PM

Friday, February 8, 2019

**C** Margaret you are going to have to fly out today to go to

➕  Enter message        🖼️  🎙️

||| 　　 　 ◯ 　　 　 <

**C** We dont have anyone
else to send there                 7:55 PM

*Friday, February 8, 2019*

**C** Margaret you are
going to have to fly
out today to go to
Etna, N.H. and cover
the route until we hire
someone to do it. We
have no other choice.
Gabe just turned in
the keys and left.          8:13 AM

> I do need a flight on
> Southwest, I don't
> have money for check
> bags.

9:25 AM

+ Enter message            ıılıı

|||        ◯        <

I do need a flight on Southwest, I don't have money for check bags.

9:25 AM

**C** Do you want to call Shirley and make arrangements

9:29 AM

Check with John Harvey, he has ran the route in Etna before. He is within an hour of Etna. Will send his number in a few.


John Harvey
+18022745856

Fwd:

11:11 AM

**C** Thanks   11:12 AM

➕  Enter message      🎙

know where to send it  8:32 AM

**The 121 address above.**

8:45 AM

**C**  I never received an address

8:50 AM

CLC Reservation
Number:7209469
Hotel Confirmation:
42204993
HOLIDAY INN EXPRESS
121 BALLARDVALE DR
WHITE RIVER
JUNCTION
VT 05001
[802] 2992700
02/08/19-02. This is
where I am staying.

8:52 AM

Saturday, February 16, 2019

+ Enter message   

|||  ◯  ‹



7:23 AM

**C** Ok₀ Can you let me
know where to send it

8:32 AM

The 121 address above₀

8:45 AM

**C** I never received an
address

＋ Enter message        😊  ᴊ|ᴵ|ᴵ

 John Harvey
+18022745856

Fwd:
11:11 AM

C Thanks 11:12 AM

Tuesday, February 12, 2019

CLC Reservation
Number:7209469
Hotel Confirmation:
42204993
HOLIDAY INN EXPRESS
121 BALLARDVALE DR
WHITE RIVER
JUNCTION
VT 05001
[802] 2992700
02/08/19-02. This is
where I am staying.
7:21 AM

+ Enter message  😊 🎙️

|||   ◯   <

Saturday, February 16, 2019

Carl, will you please send someone up here asap, I have a family emergency back home and i need to get there as soon as possible. Thanks.

1:54 PM

C Tuesday will be possibly the earliest

1:57 PM

Why not Monday?

2:00 PM

C Because there's no one in corporate to make flight arrangements

2:02 PM

They will be there Monday, right?

+ Enter message

We dont have anyone
yet to cover up there

6:09 PM

Well you need to find
someone, I just lost my
sister.

6:12 PM

**C** Go ahead and leave

6:13 PM

**C** I'm sorry for your
loss. Be careful driving
home

I still havent heard
back from Rick

6:35 PM

**C** Im going to need a
confirmation about
the passing of your
sister

7:13 PM

+ |Enter message        🙂  

**C**   Because there's no one in corporate to make flight arrangements    2:02 PM

They will be there Monday, right?    2:10 PM

**C**   I believe so   2:12 PM

**C**   We really dont have anyone right now to send there. If i can get someone there how long are you needing to go home for because we are going to need you to go back there    2:29 PM

＋   Enter message     〜

|||     ○     ‹

**C**  We really dont have anyone right now to send there. If i can get someone there how long are you needing to go home for because we are going to need you to go back there

2:29 PM

I don't know. It all depends on how long my sister lives. Call John.

2:32 PM

If you can assure John would be here to cover the route starting Tuesday and on, I can just drive the rental back.

2:58 PM  

+  Enter message                  😊  🎙

|||        ◯        ‹

# EXHIBIT 7

Package 000046 of 000048

---------- Forwarded message ----------
From: **Brandon** <brandon@postalfleetsvs.com>
Date: Wed, Aug 7, 2019 at 5:07 PM
Subject: CDS
To: William Faith <william.faith@postalfleetsvs.com>

Dear Will

As you are aware, we reported several months ago that we are in the process of developing an infrastructure for our fast growing CDS operations.    After receiving feedback from current management and from the field, we have considered several different models as to how to structure management and found that our greatest need is to have a management support team that can provide on-boarding and training/management to the new drivers, and management for the existing drivers in the field and  fill in when needed.

We developed a reorganized management structure to replace our existing structure and we emailed you and others on July 26 describing the new structure, enclosing the job descriptions, and inviting you to apply if you were interested.  You did not apply for these openings and we have filled all of the open positions for our CDS management team (with the exception of Vermont) which means your current job/ position will be eliminated due to the reorganization effective August 11, 2019 and that date will be your last day of employment; unless you apply for and are awarded another position.  If you are interested in being considered for the Vermont management opening (which requires a commitment to  relocate to Vermont) please let me know by email  ASAP before that position has also been filled.

It is my understanding that we currently have no CDS driver opportunities in your state,  but we do have a new contract in Locust Grove, Virginia  for which we are giving anyone affected by the reorganization  priority for the opening. If there is an existing driver from a former contract in the Locust Grove position, they will be given first priority. If any existing driver on the former contract does not want the position, PFS staff impacted by the reorganization will be given priority.  If more than one person affected by the  CDS reorganization expresses an interest in an opening, the opening will be awarded based on seniority.

Due to the fact that existing positions are being eliminated due to the reorganization, we wish to afford you and others impacted by the reorganization special priority (which I describe below)  for any future CDS driver openings in the next year.  If you wish to be considered for a future CDS driver open position when we acquire new contracts  or when a current driver leaves an existing contract,  please email me back and provide any parameters you may require (location, hours worked, etc.). If you submit a request, I will notify the management team to let me know if a CDS driver opening comes up in your state in the next three months from today's date  that meets those parameters. If you email me back and  ask to be placed on the priority list, for this three month period I will notify you of any CDS driver openings in your state. If you do not provide a written request to be placed on the priority list, you will not be notified of CDS openings in your state.  If you request placement on the priority list and  the contract is unfilled when it is acquired, those affected by the reorganization will be given priority for the CDS driver opening. If more than one person affected by the reorganization expresses interest in the CDS driver opening, the position will be awarded based on seniority. If, however, a newly acquired CDS contract has an existing  CDS driver from the previous contractor, the previous CDS driver will be given first priority and if they decline, those affected by the reorganization will be given priority for the CDS driver position before anyone else is considered for the position.

If you submit a written request to be placed on the priority list, after three months, you will still be given priority  on a CDS driver opening that meets your parameters, but any written request to be notified of CDS driver openings in your state will expire and it will be your responsibility to check our career postings to notify me of your desire to be selected for any CDS driver openings. Any priority status requested and granted for a CDS driver opening will expire one year after the effective date of the elimination of your position, and after one year you will be treated like any other applicant for a CDS driver opening.

If you have an interest in a  position other than CDS driver,  I  encourage you to review our career page and apply for any other openings  which may be available for which you are qualified, however;  you will not have any priority status for these other (non CDS driver) openings and the most qualified applicant will be selected.

Package 000047 of 000048

Presiding Judge: HON. ANGELA MCCORMICK BISIG (630326)

Package  000047 of 000048

If you have an interest in any current openings for any position please email me back. In addition, if you wish to be granted priority status for a future CDS driver opening, please email me back and I will place you on the priority list. If I do not receive an email from you, I will assume you are not interested in any current openings for any position and you are also not interested in being placed on the priority list for future CDS driver openings (in which case you will not be notified of these future CDS driver openings that arise in your state in the next three months).

Brandon

LEGAL DISCLAIMER - The information contained in this communication (including any attachments) may be confidential and legally privileged. Any information, documents, and media attachments will not be published or released to third party sources to include social media without the sender's written approval. This email may not serve as a contractual agreement unless explicit written agreement for this purpose has been made. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication or any of its contents is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender indicating that it was received in error and delete the original message and any copy of it from your computer system.

--
## Thank you,
### Have a Blessed & Safe Day,

**WILL FAITH**
**CDS EAST OPS MGR**
william.faith@postalfleetsvs.com
**812-670-7910 > CELL**
*THE STAGELINE CO.*
*POSTAL FLEET SVS*
*VILANO GROUP*

LEGAL DISCLAIMER - The information contained in this communication (including any attachments) may be confidential and legally privileged. Any information, documents, and media attachments will not be published or released to third party sources to include social media without the sender's written approval. This email may not serve as a contractual agreement unless explicit written agreement for this purpose has been made. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication or any of its contents is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender indicating that it was received in error and delete the original message and any copy of it from your computer system.

LEGAL DISCLAIMER - The information contained in this communication (including any attachments) may be confidential and legally privileged. Any information, documents, and media attachments will not be published or released to third party sources to include social media without the sender's written approval. This email may not serve as a contractual agreement unless explicit written agreement for this purpose has been made. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication or any of its contents is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender indicating that it was received in error and delete the original message and any copy of it from your computer system.

AUG 2 1 2019

| AOC-E-105 | Sum Code: CI |
| Rev. 9-14 | |



AOC-E-105          Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice      Courts.ky.gov

CR 4.02; Cr Official Form 1

**CIVIL SUMMONS**

Case #:  **19-CI-005055**

Court:  **CIRCUIT**

County:  **JEFFERSON Circuit**

---

*Plantiff,* **HARRIS, MARGARET, ET AL VS. POSTAL FLEET SERVICES, INC., ET**, *Defendant*

TO:  **CORPORATE CREATIONS NETWORK**

    **101 NORTH SEVENTH STREET**

    **LOUISVILLE, KY 40202**

Memo: Related party is PEOPLEEASE, LLC

The Commonwealth of Kentucky to Defendant:
**PEOPLEEASE, LLC**

    You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Davis L. Nichols*

Jefferson Circuit Clerk
Date: **8/20/2019**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

    To: _____

☐ Not Served because: _____

Date: _____, 20_____

_____
Served By

_____
Title

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

CI : 000001 of 000001

Summons ID: @00000920154
CIRCUIT: 19-CI-005055 Certified Mail
HARRIS, MARGARET, ET AL VS. POSTAL FLEET SERVICES, INC., ET



Page 1 of 1

**eFiled**

NOT ORIGINAL DOCUMENT
09/12/2019 11:19:41 AM
83370

| | |
|---|---|
| AOC-E-105     Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice     Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | Case #: **19-CI-005055**<br>Court:   **CIRCUIT**<br>County:   **JEFFERSON Circuit** |



# CIVIL SUMMONS

---

*Plantiff,* **HARRIS, MARGARET, ET AL VS. POSTAL FLEET SERVICES, INC., ET**, *Defendant*

TO:   **JERRY WILLIAMS**

     **C/O POSTAL FLEET SERVICES**

     **2808 N, 5TH STREET, SUITE 504**

     **SAINT AUGUSTINE, FL 32084**

The Commonwealth of Kentucky to Defendant:

    You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Davis L. Nicholson*

Jefferson Circuit Clerk
Date: **8/20/2019**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

    To: _____

☐ Not Served because: _____

    Date: _____, 20 _____

                        _____

                                Served By

                        _____

                                Title

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

CI : 000001 of 000001



Page 1 of 1

eFiled

NOT ORIGINAL DOCUMENT
09/12/2019 11:19:20 AM
83370

AOC-E-105          Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice          Courts.ky.gov

CR 4.02; Cr Official Form 1



# CIVIL SUMMONS

Case #: **19-CI-005055**

Court: **CIRCUIT**

County: **JEFFERSON Circuit**

---

*Plantiff,* **HARRIS, MARGARET, ET AL VS. POSTAL FLEET SERVICES, INC., ET**, *Defendant*

TO:  **LESLIE DORRIS**

  **2808 5TH STREET, NO., SUITE 501**

  **SAINT AUGUSTINE, FL 32084**

Memo: Related party is POSTAL FLEET SERVICES, INC.

The Commonwealth of Kentucky to Defendant:
**POSTAL FLEET SERVICES, INC.**

  You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Davis L. Nicholson*

Jefferson Circuit Clerk
Date: **8/20/2019**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

  To: _____

☐ Not Served because: _____

  Date: _____, 20 _____     _____
                                                             Served By

                                                         _____
                                                             Title



Page 1 of 1

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

CI : 000001 of 000001

**eFiled**

| AOC-E-105 Sum Code: CI | | Case #: **19-CI-005055** |
| Rev. 9-14 | | |
| Commonwealth of Kentucky | | Court: **CIRCUIT** |
| Court of Justice  *Courts.ky.gov* | | County: **JEFFERSON Circuit** |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | |



*Plantiff,* **HARRIS, MARGARET, ET AL VS. POSTAL FLEET SERVICES, INC., ET**, *Defendant*

TO:  **PEOPLEEASE, LLC**

   **210 WINGO WAY, SUITE 400**

   **MOUNT PLEASANT, SC 29464**

Memo:  Registered Agent of Service exists.

The Commonwealth of Kentucky to Defendant:

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Davis L. Nicholson*

Jefferson Circuit Clerk
Date: **8/20/2019**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

   Date: _____, 20_____      _____

                                  Served By

                                  _____

                                  Title

Summons ID: @00000920151
CIRCUIT: 19-CI-005055 Certified Mail
HARRIS, MARGARET, ET AL VS. POSTAL FLEET SERVICES, INC., ET



Page 1 of 1

*Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)*

*CI : 000001 of 000001*

**eFiled**

NOT ORIGINAL DOCUMENT
09/12/2019 11:20:57 AM
83370

AOC-E-105     Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice     Courts.ky.gov

CR 4.02; Cr Official Form 1



# CIVIL SUMMONS

Case #: **19-CI-005055**
Court: **CIRCUIT**
County: **JEFFERSON Circuit**

---

*Plantiff,* **HARRIS, MARGARET, ET AL VS. POSTAL FLEET SERVICES, INC., ET**, *Defendant*

TO:  **POSTAL FLEET SERVICES, INC.**

   **GREGORY CRAIG**

   **2808 N. 5TH STREET, SUITE 504**

   **SAINT AUGUSTINE, FL 32084**

The Commonwealth of Kentucky to Defendant:
**POSTAL FLEET SERVICES, INC.**

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Davis L. Nicholas*

Jefferson Circuit Clerk
Date: **8/20/2019**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

   Date: _____, 20_____      _____

                                             Served By

                                        _____

                                             Title

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

CI : 000001 of 000001

Summons ID: @00000920150
CIRCUIT: 19-CI-005055 Certified Mail
HARRIS, MARGARET, ET AL VS. POSTAL FLEET SERVICES, INC., ET



Page 1 of 1

eFiled

NOT ORIGINAL DOCUMENT
09/12/2019 11:22:36 AM
83370

AOC-E-105          Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice      Courts.ky.gov

CR 4.02; Cr Official Form 1



**CIVIL SUMMONS**

Case #:  **19-CI-005055**
Court:   **CIRCUIT**
County:  **JEFFERSON Circuit**

---

*Plantiff,* **HARRIS, MARGARET, ET AL VS. POSTAL FLEET SERVICES, INC., ET**, *Defendant*

TO:   **POSTAL FLEET SERVICES, INC.**

   **SUBSIDIARY OF VILANO MANAGEMENT**

   **1622 LEBANON ROAD**

   **SAINT AUGUSTINE, FL 32084**

Memo:  Registered Agent of Service exists. Alternative Service Address exists.

The Commonwealth of Kentucky to Defendant:

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Davis L. Nicholson*

Jefferson Circuit Clerk
Date: **8/20/2019**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

   Date: _____, 20_____          _____

                                                           Served By

                                             _____

                                                             Title

---

Summons ID: @00000920149
CIRCUIT: 19-CI-005055 Certified Mail
HARRIS, MARGARET, ET AL VS. POSTAL FLEET SERVICES, INC., ET



Page 1 of 1

**eFiled**

Presiding Judge: HON. ANGELA MCCORMICK. BISIG (630326)

CI : 000001 of 000001